

# *Ninth Court of Appeals*

BE IT REMEMBERED:

        THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

        "Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated September 13, 2013, it is ordered that these causes be transferred to the First Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the First Court of Appeals.

| | |
|---|---|
| 09-12-556-CR | Betty Dougia Jasper v. State of Texas |
| 09-12-557-CR | Betty Dougia Jasper v. State of Texas |

        I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the First District of Texas at Houston as appears of record in Minute Book Volume 18."

        IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 16th of September 2013.

_____

Carol Anne Harley
Clerk of the Court